```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 04 B 39630
   MALVORIAN MITCHELL
   CAROLYN J MITCHELL                          CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3307     SSN XXX-XX-9656

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/25/2004 and was confirmed 01/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was paid in full 02/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
NORDSTROM FSB              UNSECURED OTH     466.94          .00         140.21
LORD & TAYLOR              UNSECURED OTH     125.09          .00          36.87
TOYOTA MOTOR CREDIT        SECURED         11975.00      1678.04       11975.00
TOYOTA MOTOR CREDIT        UNSECURED         475.56          .00         142.67
RETAIL SERVICES            SECURED NOT I       .00           .00            .00
RETAIL SERVICES            UNSECURED      NOT FILED          .00            .00
WELLS FARGO FINANCIAL NA   SECURED          418.00         34.34         418.00
COMMONWEALTH EDISON        UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        2907.76          .00         872.33
PEOPLES GAS LIGHT & COKE   UNSECURED           .00           .00            .00
WELLS FARGO FINANCIAL NA   NOTICE ONLY    NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1933.50          .00         580.05
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,905.20                    1,905.20
TOM VAUGHN                 TRUSTEE                                     1,033.93
DEBTOR REFUND              REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               18,816.64

PRIORITY                                            .00
SECURED                                       12,393.00
    INTEREST                                   1,712.38
UNSECURED                                      1,772.13
ADMINISTRATIVE                                 1,905.20
TRUSTEE COMPENSATION                           1,033.93
DEBTOR REFUND                                       .00
                      --------------        --------------
TOTALS                18,816.64               18,816.64
```

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 39630 MALVORIAN MITCHELL & CAROLYN J MITCHELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE